Michaela Wood, Esq.
Fair Fee Injury Attorneys
1489 W. Warm Springs Road
Suite 110
Henderson, NV 89014
702-582-6362
Email: michaela@fairfeeinjuryattorneys.com
(Local Counsel)

Samuel Fishman, Esq.
Chermol & Fishman LLC
11450 Bustleton Ave
Philadelphia, PA 19116
215-464-7200
Email: fdc@ssihelp.us
(Lead Counsel, Pro Hac Vice)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION (LAS VEGAS)

| | |
|---|---|
| BLAKE SNOW,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil Action No. 2:26-cv-01933-EJY |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF ON OR BEFORE OCTOBER 26, 2026**

Plaintiff through their undersigned attorneys hereby requests a thirty (30) day extension to file Plaintiff's Opening Brief on or before October 26, 2026.

1. Plaintiff's counsel has seen a drastic increase in disability appeals that have been filed in both Federal District Court and Circuit Court of Appeals.

2. The transcript in this case is larger than normal (1369 pages), and Plaintiff's counsels were not involved with this case at the administrative level..

3. There is no indication that the requested extension would prejudice the Defendant in any manner. In fact, the undersigned has conferred with counsel for the Defendant who consents to the requested relief.

Respectfully submitted,

By: /s/ Samuel Fishman
SAMUEL FISHMAN, ESQUIRE
Chermol & Fishman LLC
11450 Bustleton Ave
Philadelphia, PA 19116
215-990-8419
Email: fdc@ssihelp.us
(Lead Counsel, Pro Hac Vice)

By: /s/ Michaela Wood
MICHAELA WOOD, ESQUIRE
Fair Fee Injury Attorneys
1489 W. Warm Springs Road
Suite 110
Henderson, NV 89014
702-582-6362
Email: ichaela@fairfeeinjuryattorneys.com
(Local Counsel)

*Attorneys for Plaintiff*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2026